**Dated: November 22, 2016**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**
_____

In Re:

Eric Hart and Sherry Hart,                                    CASE NO: 12-29426-L
                                                              Chapter 13
        Debtors.

**ORDER ON MOTION TO APPROVE SALE OF REAL ESTATE**
_____

Based upon statements made by counsel in open Court and upon the entire record,

**IT IS THEREFORE ORDERED** that;

1.  The debtors, Eric Hart and Sherry Hart, be allowed to sell their real property located at 132 Colonial Woods Drive, Atoka, Tennessee, 38004, pursuant to a Purchase Agreement dated October 10, 2016;

2.  The debtors be allowed the homestead exemption of $25,000.00;

3.  The mortgage holder, JP Morgan Chase Bank, be paid in full by the closing attorney, as well as any other creditors with outstanding liens against the property;

4.  The balance of the proceeds, if any, shall be submitted to the Chapter 13 Trustee for the unsecured creditors to be paid in full at 100%;

     5.     After the case has been paid off, the balance of the proceeds, if any, be remitted to the debtors.

     6.     JP Morgan Chase Bank be deleted as a creditor from the Debtors' plan.

     7.     The Wage Earner Trustee shall reduce the plan payment accordingly; and;

     8.     The Wage Earner Trustee shall issue payment orders or make other plan modifications as necessary to effectuate this order.

Approved for Entry:

/s/ Tommy L. Fullen
TOMMY L. FULLEN #10225
Attorney for Debtors
5104 Stage Road
Memphis, TN 38134
(901) 386-1647

/s/ Sylvia F. Brown
SYLVIA F. BROWN
Chapter 13 Trustee
200 Jefferson Avenue, Suite 1113
Memphis, TN 38103


cc:

Debtors
Debtors' Attorney
Case Trustee
All Entities on Matrix
JPMorgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219


**Certificate of Service**

The undersigned individual hereby certifies that he, upon filing this pleading on November 14, 2016, mailed, postage prepaid (or hand delivered), true and correct copies of the attached pleading to all parties as stated and evidenced by the mailing list additionally attached hereto.

                                        /s/ Tommy L. Fullen
                                        Tommy L. Fullen, Attorney at Law
                                        5104 Stage Rd.
                                        Memphis, TN 38134
                                        (901) 386-1647